```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :   Consolidated Under
LIABILITY LITIGATION (No. VI) :   MDL DOCKET NO. 875
                              :
CHARLES CORLEY, et al.        :
                              :
                              :   Civil Action No. 10-61113
     v.                       :
                              :   Transferred from the
                              :   Northern District of
LONG-LEWIS, INC., et al.      :   Alabama
```

## O R D E R

**AND NOW**, this **25th** day of **July 2011** it is hereby **ORDERED** that Plaintiff's Objections to Magistrate Judge Rueter's Report and Recommendation (doc. no. 84) filed on June 2, 2011 are **OVERRULED**.

It is further **ORDERED** that Defendants' Joint Motion for Summary Judgment (doc. no. 38) is **GRANTED**.

It is further **ORDERED** that Defendants' Objections to Magistrate Judge Rueter's Report and Recommendation (doc. no. 78) are **OVERRULED**.

It is further **ORDERED** that Defendants' Joint Motion for Summary Judgment (doc. no. 40) is **DENIED** without prejudice, with leave to re-file in the transferor court.

**AND IT IS SO ORDERED.**


                              S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**